

**Sheri Woodfin**
District Clerk
Tom Green County
112 W. Beauregard
San Angelo, Texas 76903-5850
325-659-6579   Fax: 325-659-3241

August 3, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Tx 78711-2547

RE: 03-15-0339-CV  Ben Melton vs. CU Member's Mortgage, a Division of Colonial
Savings, F.A., First Western Title Co. and Bob Mims

Dear Mr. Kyle

The Clerk's record was due on July 31, 2015 on the above referenced case. As of today, the fee for the record of $136.50 has not been paid. Upon receipt of the fees the record will be prepared and forwarded to your court.

Sincerely

Vicki Vines, Chief Deputy District Clerk
Tom Green County

cc: Gregory Sherwood